UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JEROME L. ALLEN,

    Plaintiff,

v.

Deputy CHIEN; Lt. FEEMAN; Capt. MIAMOTO; and Sgt. KROLL,

    Defendants.

No. C 09-5067 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a plaintiff who formerly was a prisoner at the San Francisco County Jail. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: July 19, 2010.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\CR.09\ALLEN5067.DSM-mail rule.wpd